# United States District Court
## Southern District of Georgia

STEVE LANE,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 617-082

UNITED STATES OF AMERICA, UNITED STATES DEPPARTMENT OF AGRICULTURE, and SONNY PERDUE, in his Official Capacity as Secretary of the United States of Agriculture,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 6, 2018, the Court denies in part and grants in part the parties' motion and cross motion for summary judgment; therefore, the Court vacates and affirms portions of the Administrative Law Judge's ("ALJ") decisions litigated in this matter. Accordingly, the Court remands this case back to the ALJ for purposes of determining the appropriate sanctions in light of this Court's ruling. This Court's injunction pursuant to 5 U.S.C. § 705 shall remain in place until the ALJ determines the appropriate sanctions on remand; therefore, any pending motions are terminated and this case stands closed.



09/07/2018                          Scott L. Poff
Date                                  Clerk

/s/ Jamie Hodge
(By) Deputy Clerk